

**WINNE BANTA**
**BASRALIAN & KAHN**
ATTORNEYS AT LAW

New Jersey ▪ New York ▪ Florida ▪ winnebanta.com

201-487-3800 (Main) | 201-487-8529 (Main Fax)

*VIA ECF*

MEMO ENDORSED

Michael J. Cohen, Esq.
Principal
(201) 562-1088 (Direct Line)
(201) 340-2452 (Direct Fax)
mcohen@winnebanta.com

May 20, 2026

Magistrate Judge Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      **Re:**    **Montez v. RLC Properties, Inc.**
              **Case No.: 26-cv-3021 (DEH)**
              **Letter Motion for Adjournment of Conference**

Dear Judge Wang:

      We represent Defendant RLC Properties, Inc. in the above-referenced matter. The Court scheduled a Rule 16b Initial Pretrial Conference on this case on July 22, 2026 at 12:00 p.m. Pursuant to Rule II.e of Your Honor's individual practices, I respectfully request and adjournment of the conference, as I will be on vacation that week. My adversary consents. I have conferred with counsel, and we jointly request that the conference be rescheduled, for either of the following Wednesdays, July 29th, or August 5th. This is the first request for an adjournment. Should the Court have any questions about the foregoing, please do not hesitate to contact me.

                    Respectfully Submitted,

                    *s/ Michael J. Cohen*

                    Michael J. Cohen
                    *Attorney for Defendant*
                    *138 Dayton, LLC*

MJC/ft
cc:   Marcel Florestal, Esq. (via ECF)

**SO ORDERED:**

Application **GRANTED**. The July 22, 2026 conference is adjourned and rescheduled for **July 29, 2026 at 11:00 a.m.** in Courtroom 20D.

_____
**Ona T. Wang**     5/27/26
United States Magistrate Judge

#2035006v1 * 05607-00025