**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

JOSHUA MONTEZ,

Plaintiff,

-against-

RLC PROPERTIES INC., et al.,

Defendants.

-----------------------------------------------------------x

26-CV-3021 (DEH) (OTW)

**POST-CONFERENCE ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference in this matter on **Wednesday, July 29, 2026**, at which Plaintiff's counsel, Mr. Florestal, did not appear.

If Defendants seeks to stay discovery, they are directed to file a motion to do so by **August 14, 2026.** Any opposition is due by **August 21, 2026.**

**SO ORDERED.**

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: July 31, 2026
New York, New York